IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JULI KRISTIN FARR**                                                            **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO.: 1:26-cv-00062-LG-BWR**

**MEMORIAL HEALTH SYSTEMS; SATJIT ADLAKHA;**
**And JOHN DOE BUSINESS 1-5**                              **DEFENDANTS**

---

## RULE 41 JOINT STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Juli Kristin Farr

and Defendant Memorial Health Systems file this Joint Stipulation of Dismissal with prejudice.

The litigation has been resolved between the Plaintiff and Defendant Memorial Health Systems

only, and they agree that this action can be dismissed with prejudice as to Memorial Health

Systems, with Plaintiff and Memorial Health Systems to bear its own attorneys' fees and costs.

Date:   April 28, 2026.

By: */s/Daniel M. Waide*        
Daniel M. Waide, Esq.
JOHNSON, RATLIFF & WAIDE, PLLC
1300 Hardy Street
Post Office Box 17738
Hattiesburg, MS 39404
Phone: (601) 582-4553
Facsimile: (601) 582-4556
dwaide@jhrlaw.net

*Attorney for Plaintiff*

By: s/Steven R. Cupp
Steven R. Cupp, Esq. (MSB# 99975)
Kelly Ahern, Esq. (MSB# 105965)
FISHER & PHILLIPS LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
(228) 822-1440 - Telephone
(228) 822-1441 - Facsimile
scupp@fisherphillips.com
kahern@fisherphillips.com

*Attorneys for Defendant Memorial Health*
*Systems*

<u>**CERTIFICATE OF SERVICE**</u>

I, Steven R. Cupp, of the law firm Fisher Phillips, LLP, do hereby certify that I filed the foregoing with the Clerk of Court utilizing the ECF-System which sent a copy of same to the following:

Daniel M. Waide, Esq.
JOHNSON, RATLIFF & WAIDE, PLLC
1300 Hardy Street
Post Office Box 17738
Hattiesburg, MS 39404
Phone: (601) 582-4553
Facsimile: (601) 582-4556
dwaide@jhrlaw.net

Matthew Mestayer, Esq.
REEVES & MESTAYER
160 Main Street
Biloxi, MS 39530
Phone: (228) 300-2754
Facsimile: (228) 374-6630
mgm@rmlawcall.com

Jessica B. McNeel. Esq.
John A. Banahan, Esq.
BRYAN NELSON SCHROEDER
CASTIGLIOLA & BANAHAN PLLC
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone 228-762-6631
Fax 228-769-6392
jessica@bnscb.com
john@bnscb.com

SO CERTIFIED, this the 28th day of April, 2026.


s/Steven Cupp
STEVEN R. CUPP, ESQ. (MSB #99975)

2