### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JULI KRISTIN FARR**                                                                    **PLAINTIFF**

**v.**                                                                  **CAUSE NO. 1:26-cv-62-LG-BWR**

**SATJIT ADLAKHA;**
**JOHN DOE BUSINESS 1–5**                                               **DEFENDANTS**

### ORDER GRANTING [11] UNOPPOSED MOTION
### TO REMAND TO STATE COURT

Plaintiff Juli Kristin Farr moves unopposed to remand this matter to the Circuit Court of Jackson County, Mississippi.  This motion is well-taken, since the claim invoking the Court's § 1441 jurisdiction has been dismissed through a stipulation of dismissal.  *See* Stipulation of Dismissal [10].  The only claims remaining are state law claims, and the Court remands per the 28 U.S.C. § 1367(c) factors.  *See Enochs v. Lampasas County*, 641 F.3d 155, 161–62 (5th Cir. 2011).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the case is hereby **REMANDED TO THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI.**

**IT IS FURTHER ORDERED** that a certified copy of this order of remand shall be immediately mailed by the Clerk of this Court to the clerk of the state court.

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE